UNITED STATES CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

Fee Due

5:26-cv-04474-UA

KENNETH KILPATRICK
Plainiff,

VS.

LINEAGE WHAREHOUSE
DOES 1 THROUGH 10 INCLUSIVE

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

FILED
CLERK, U.S. DISTRICT COURT
AUG - 3 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Plaintiff Kilpatrick is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915.

Plaintiff Brings This Action Pursuant To Penal Code 832.5 under The 1st And 14th Amendment US Constitution. On or About June 18-19-20-of 2026 A Wharehouse fire Eroupted on the Rooftop of Lineage Wharehouse in Boyle Heights, This Wharehouse fire Begin Releasing Poisonous Toxic Smoke into The Air Above The City of Boyle Heights People Were Warned To Take All Precaution To Avoid This Smoke This fire Burned for More Than A week on June 24 2026 I fell Ill from This Same Lineage Wharehouse fire The Poisonous Toxic Smoke Arrived into San Bernardo County My Breathing Became Harder in my

upper Chest Area, The Eye Burning Started, HeadAces Started, As well As Dizzyness, I Live on A 3rd Floor Apartment Building in The City of San Bernardino California And Smoke Blowing Eastward from Boyal Heights Westward To San Bernardino Metorologist Weather Reporter were Very wrong About The Smoke Boundary Line L.A. County Line, The Smoke did not Stop in The City of Pomona CA, or The City of MontClair, or Rancho Cucamunga, That Toxic Smoke Traveled All Across Southern CA. The Smoke And Toxic poison particals came To San Bernardino CA. And it made me Very Sick, There was no Hospitalation, I was Vert Tempex To Visit ST. Bernardine Hospital, Howere I Close All windows, Tuned on Air Conditioner To Stay Safer, Howere I Recieved An Electric Bill I Can't Afford To pay its gone Since The fire Started, I'm Suing Linage WhareHouse for $120,000.00 Dollars for Pain And Suffering / Loss of Independant Work.

[illegible signature]

# TABLE of AUTHORITIES

Daniels v. Williams 474 U.S. 327, 106 S. Ct. 662, 88 L. Ed. 2d 662 (1986).

Deveraux v. Abbey 263 F.3d 1070 (9th Cir 2001)

Estelle v. Gamble 429 U.S. 97, 97 S. Ct 285, 50 L. Ed 2d 251 (1976)

Farmer v. Brennan 511 U.S. 825, 114 S. Ct. 1970, 128 L. Ed 2d 811 (1994)

Franklin v. Fox 312 F.3d 423 (9th Cir 2002)

Fuller v. MG Jewelry 950 F.2d 1437 (9th Cir 1991)

Gorenc v. Salt River Project 869 F.2d 503 (9th Cir. 1988)

Kruso v. International Tel & Tel Corp. 872 F.2d 1416 (9th Cir. 1980)

Landrigan v. City of Warwick 628 F.2d 628 F.2d 736 (1st Cir 1980)

Leslie v. Grupo ICA 198 F.3d 1152 (9th Cir 1999)

Leer v. Murphy 844 F.2d 628 (9th Cir 1988)

Plaintiff Kilpatrick Request for Trial.

Respectfully Submitted

# PROOF OF SERVICE BY MAIL

(To be Completed after Completion of Service by Mail)

I, Kenneth Kilpatrick, mailed a

copy of the Change of Terms

To: EKN Aerospace

on, 7-23-2026

I, declare under penalty of perjury, that the forgoing is true and correct. At the time of mailing, I was at least 18 years of age.

SIGNED [signature] DATE 7-23-2026

~~Eric Ortega~~

COPY

**— THIS FORM MUST BE KEPT CONFIDENTIAL —** **FW-001**

TORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*:
KENNETH KILPATRICK
365 N. WATERMAN AVE #328
SAN BERNARDINO CA, 92404
TELEPHONE NO.: (909) 232-5058 (Optional):
MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: PRO SE

NAME OF COURT: United States District Court Central
STREET ADDRESS: District of California Western Division
MAILING ADDRESS:
CITY AND ZIP CODE: 312 N. SPRING STREET, G-8
BRANCH NAME: LOS ANGELES CA 90012

PLAINTIFF/ PETITIONER: KENNETH KILPATRICK
DEFENDANT/ RESPONDENT: [illegible] AEROSPACE

**APPLICATION FOR WAIVER OF COURT FEES AND COSTS**

quest a court order so that I do not have to pay court fees and costs.

a. [X] I am *not* able to pay any of the court fees and costs.
b. [ ] I am able to pay *only* the following court fees and costs *(specify)*:

My current street or mailing address is *(if applicable, include city or town, apartment no., if any, and zip code)*:
365 N. WATERMAN AVE #328 SAN BERNARDINO CA 92404

a. My occupation, employer, and employer's address are *(specify)*:
[illegible]

b. My spouse's occupation, employer, and employer's address are *(specify)*:

[ ] I am receiving financial assistance under one or more of the following programs:

a. [X] **SSI and SSP:** Supplemental Security Income and State Supplemental Payments Programs
b. [ ] **CalWORKs:** California Work Opportunity and Responsibility to Kids Act, implementing TANF, Temporary Assistance for Needy Families (formerly AFDC)
c. [X] **Food Stamps:** The Food Stamp Program
d. [ ] **County Relief, General Relief (G.R.), or General Assistance (G.A.)**

*If you checked box 4, you must check and complete* ***one of the three boxes below, unless you are a defendant in an unlawful detainer action. Do not check more than one box.***

a. [ ] *(Optional)* My Medi-Cal number is *(specify)*:
b. [ ] *(Optional)* My social security number is *(specify)*:
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 and my date of birth is *(specify)*:
***[Federal law does not require that you give your social security number. However, if you don't give your social security number, you must check box c and attach documents to verify the benefits checked in item 4.]***
c. [X] I am attaching documents to verify receipt of the benefits checked in item 4, if requested by the court. **[See Form FW-001-INFO, Information Sheet on Waiver of Court Fees and Costs,** ***available from the clerk's office, for a list of acceptable documents.*****]**

***you checked box 4 above, skip items 6 and 7, and sign at the bottom of this side.]***

[ ] My total gross monthly household income is less than the amount shown on the *Information Sheet on Waiver of Court Fees and Costs* available from the clerk's office. [illegible]00.00 MONTH

***you checked box 6 above, skip item 7, complete items 8, 9a, 9d, 9f, and 9g on the back of this form, and sign at the bottom this side.]***

[ ] My income is not enough to pay for the common necessaries of life for me and the people in my family whom I support and also pay court fees and costs. **[*****If you check this box, you must complete the back of this form.*****]**

**VARNING: You must immediately tell the court if you become able to pay court fees or costs during this action. You may be ordered to appear in court and answer questions about your ability to pay court fees or costs.**

eclare under penalty of perjury under the laws of the State of California that the information on both sides of this form and all achments are true and correct.

te: 9-17-07

▶ Kenneth Kilpatrick

FW-001

| PLAINTIFF/PETITIONER: Kenneth Kilpatrick | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

## FINANCIAL INFORMATION

8. ☐ My pay changes considerably from month to month. ***[If you check this box, each of the amounts reported in item 9 should be your average for the past 12 months.]***

9. **MY MONTHLY INCOME**
   a. My gross monthly pay is: ........ $ 1,200.00
   b. **My payroll deductions are *(specify purpose and amount)*:**
      (1) ______ $ ______
      (2) ______ $ ______
      (3) ______ $ ______
      (4) ______ $ ______
      (handwritten: 0)
      My TOTAL payroll deduction amount is: $ ______
   c. My monthly take-home pay is *(a. minus b.)*: ........ $ ______
   d. Other money I get each month is *(specify source and amount; include spousal support, child support, parental support, support from outside the home, scholarships, retirement or pensions, social security, disability, unemployment, military basic allowance for quarters (BAQ), veterans payments, dividends, interest or royalty, trust income, annuities, net business income, net rental income, reimbursement of job-related expenses, and net gambling or lottery winnings)*:
      (1) ______ $ ______
      (2) ______ $ ______
      (3) ______ $ ______
      (4) ______ $ ______
      (handwritten: 0)
      The TOTAL amount of other money is: $ 0
      *(If more space is needed, attach page labeled Attachment 9d.)*
   e. **MY TOTAL MONTHLY INCOME IS** (c. plus d.): ........ $ 1,200.00
   f. Number of persons living in my home: ______
      Below list all the persons living in your home, including your spouse, who depend in whole or in part on you for support, or on whom you depend in whole or in part for support:

| | Name | Age | Relationship | Gross Monthly Income |
|---|---|---|---|---|
| (1) | | | | $ |
| (2) | | | | $ |
| (3) | | | | $ |
| (4) | | | | $ |
| (5) | | | | $ |

(handwritten: 0)

The TOTAL amount of other money is: $ ______
*(If more space is needed, attach page labeled Attachment 9f.)*

   g. **MY TOTAL GROSS MONTHLY HOUSEHOLD INCOME IS** *(a. plus d. plus f)*: ........ $ ______

10. **I own or have an interest in the following property:**
   a. Cash ........ $ ______
   b. Checking, savings, and credit union accounts *(list banks)*:
      (1) ______ $ ______
      (2) ______ $ ______
      (3) ______ $ ______
      (handwritten: 0)
   c. Cars, other vehicles, and boats *(list make, year, fair market value (FMV), and loan balance of each)*:

| | Property | FMV | Loan Balance |
|---|---|---|---|
| (1) | | $ | $ |
| (2) | | $ | $ |
| (3) | | $ | $ |

   d. Real estate *(list address, estimated fair market value (FMV), and loan balance of each property)*:

| | Property | FMV | Loan Balance |
|---|---|---|---|
| (1) | | $ | $ |
| (2) | | $ | $ |
| (3) | | $ | $ |

(handwritten: 0)

   e. Other personal property — jewelry, furniture, furs, stocks, bonds, etc. *(list separately)*:
      $ ______

11. **My monthly expenses not already listed in item 9b above are the following:**
   a. Rent or house payment & maintenance $ ______
   b. Food and household supplies ........ $ ______
   c. Utilities and telephone ........ $ ______
   d. Clothing ........ $ ______
   e. Laundry and cleaning ........ $ ______
   f. Medical and dental payments ........ $ ______
   g. Insurance (life, health, accident, etc.) $ ______
   h. School, child care ........ $ ______
   i. Child, spousal support (prior marriage) $ ______
   j. Transportation and auto expenses (insurance, gas, repair) ........ $ ______
   k. Installment payments *(specify purpose and amount)*:
      (1) ______ $ ______
      (2) ______ $ ______
      (3) ______ $ ______
      The TOTAL amount of monthly installment payments is: ........ $ ______
   l. Amounts deducted due to wage assignments and earnings withholding orders: $ ______
   m. Other expenses *(specify)*:
      (1) ______ $ ______
      (2) ______ $ ______
      (3) ______ $ ______
      (4) ______ $ ______
      (5) ______ $ ______
      (handwritten: 0)
      The TOTAL amount of other monthly expenses is: ........ $ ______
   n. **MY TOTAL MONTHLY EXPENSES ARE** *(add a. through m.)*: ........ $ 1,500.00

12. Other facts that support this application are *(describe unusual medical needs, expenses for recent family emergencies, or other unusual circumstances or expenses to help the court understand your budget; if more space is needed, attach page labeled Attachment 12)*:

KK Kenneth Kilpatrick (signature)

MR. Kenneth Kilpatrick
1365 N. Waterman Ave.
San Bernardino CA.
92404 #328

New

United States District
Court Central District of
California Western Division
312 N. Spring Street. G-8
Los Angeles, CA 90012

CV

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG - 3 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY